# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-CR-243-KJD-GWF |
| v. | **ORDER** |
| KENNETH JACKSON, | |
| Defendant. | |

Presently before the Court is Defendant Kenneth Jackson's Emergency Motion for Temporary Release from Custody (#33).  The Court has already ordered that Defendant be detained pending execution of his sentence and found that Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community.  The willingness of Defendant's brother to serve as a third-party custodian as they travel by bus to California does not decrease the likelihood that Defendant may flee in the face of his lengthy prison sentence or reduce Defendant's danger to the community.  Therefore, Defendant's Emergency Motion for Temporary Release from Custody (#33) is **DENIED.**

DATED this 29th day of December 2014.

_____
Kent J. Dawson
United States District Judge